IN THE DISTRICT COURT OF THE UNITED STATES FOR THE

MIDDLE DISTRICT OF ALABAMA, NORTHERN DIVISION

| | |
|---|---|
| PAUL HULSE, SR.,           )<br>                            )<br>    Petitioner,           )<br>                            )     CIVIL ACTION NO.<br>    v.                      )     2:14cv1237-MHT<br>                            )          (WO)<br>UNITED STATES OF AMERICA,  )<br>                            )<br>    Respondent.            )| |

### JUDGMENT

Because petitioner is now deceased and counsel for both parties have informed the court by way of email that this case is now moot and can be dismissed, it is the ORDER, JUDGMENT, and DECREE of the court that this cause is dismissed without prejudice, with the parties to bear their own costs.

The clerk of the court is DIRECTED to enter this document on the civil docket as a final judgment pursuant to Rule 58 of the Federal Rules of Civil Procedure.

This case is closed.

DONE, this the 9th day of September, 2015.

                    ___/s/ Myron H. Thompson____
                    UNITED STATES DISTRICT JUDGE